FILED
United States Court of Appeals
Tenth Circuit

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT
_____

August 25, 2023

Christopher M. Wolpert
Clerk of Court

AMERICAN PETROLEUM INSTITUTE,

    Petitioner - Appellant,

and

NAVAJO TRANSITIONAL ENERGY COMPANY; NATIONAL MINING ASSOCIATION; WYOMING MINING ASSOCIATION; TRI-STATE GENERATION AND TRANSMISSION ASSOCIATION, INC.; BASIN ELECTRIC POWER COOPERATIVE; WESTERN FUELS-WYOMING INC.,

    Petitioners,

v.

UNITED STATES DEPARTMENT OF INTERIOR; UNITED STATES DEPARTMENT OF INTERIOR SECRETARY, in her official capacity a/k/a Debra Haaland; OFFICE OF NATURAL RESOURCES REVENUE; OFFICE OF NATURAL RESOURCES REVENUE DIRECTOR, in his official capacity a/k/a Kimbra Davis,

    Respondents - Appellees,

and

NATURAL RESOURCES DEFENSE COUNCIL; NORTHERN PLAINS RESOURCE COUNCIL, INC.; POWDER RIVER BASIN RESOURCE COUNCIL; THE WILDERNESS SOCIETY;

No. 21-8076
(D.C. No. 2:19-CV-00121-SWS)
(D. Wyo.)

WESTERN ORGANIZATION OF RESOURCE COUNCILS; STATE OF CALIFORNIA; STATE OF NEW MEXICO,

Intervenor Respondents - Appellees.

_____

### JUDGMENT
_____

Before **HARTZ**, **BACHARACH**, and **MORITZ**, Circuit Judges.
_____

This case originated in the District of Wyoming and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk